

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, Dave Padula, John Stricklin, Javier Zuniga, John Doe I, Det. Spiller, Ron
Eberhardt, News4 WOAI,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On October 31, 2018, appellant filed a notice of appeal in the trial court. On December 7, 2018, we issued an order noting that the filing fee had not been paid and directing appellant, on or before December 17, 2018, to either (1) pay the filing fee; or (2) provide written proof that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the filing fee. *See* TEX. R. APP. P. 20.1(c). On December 17, 2018, appellant filed a statement of inability to pay court costs in this court.

It appears that appellant did not file a statement of inability to pay court costs until after he filed his notice of appeal. However, an uncontested statement of inability to pay court costs filed in the appellate court can be adequate to fulfill the fundamental purpose of Rule 20.1. *See* TEX. R. APP. P. 20.1(c); *Higgins v. Randall Cnty. Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008). Therefore, the trial court clerk, the court reporter, or any party may file a contest to appellant's statement of inability to pay court costs **on or before January 22, 2019**. If no contest is filed, the statement's allegations will be deemed true, and appellant will be permitted to proceed without the payment of the appellate filing fee or the cost to prepare the reporter's record. However, appellant will still be required to request the reporter's record in writing, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). On the other hand, if a contest is timely filed, this court will issue an appropriate order.

The clerk of this court is ORDERED to send a copy of this order and a copy of appellant's statement of inability to pay court costs to the parties, the trial court clerk, the court reporter, and the trial court judge.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court